# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

ADAM SMITH (#70741)

VERSUS

SHERYL M. RANATZA

CIVIL ACTION

25-106-SDD-SDJ

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Scott D. Johnson dated March 16, 2026, to which no objection was filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**,

**IT IS ORDERED** that the exercise of supplemental jurisdiction is declined and this action is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §§ 1915(e) and 1915A as legally frivolous and for failure to state a claim and that this case shall be **CLOSED.**

Signed in Baton Rouge, Louisiana, on this  5  day of April, 2026.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 4.